CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

AUG 31 2015

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| PAUL RAYMOND WEAKLEY, | CASE NO. 7:14CV00657 |
| Plaintiff, | |
| v. | **FINAL ORDER** |
| SIS OFFICER LASTER, | By: Glen E. Conrad |
| | Chief United States District Judge |
| Defendant. | |

In accordance with the accompanying memorandum opinion, it is hereby

ADJUDGED AND ORDERED

that defendant's motion to dismiss/motion for summary judgment (ECF No. 79) is **GRANTED** on the ground that plaintiff failed to properly exhaust available administrative remedies; plaintiff's claims are **DISMISSED WITH PREJUDICE** under 42 U.S.C. § 1997e(a); and the clerk **SHALL** strike the case from the active docket of the court.

ENTER: This 31st day of August, 2015.

/s/ Glen E. Conrad
Chief United States District Judge